UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANNEASE JOHNSON,<br>12807 Waterfowl Way<br>Upper Marlboro, MD 20774<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>    &<br><br>QUINCY BOOTH, Director<br>DEPARTMENT OF CORRECTIONS<br>2000 14th Street, NW<br>Washington, DC 20009<br><br>    &<br><br>WANDA PATTEN, Deputy Director of Operations<br>DEPARTMENT OF CORRECTIONS<br>2000 14th Street, NW<br>Washington, DC 20009<br><br>    Defendants. | 20-cv-2944 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendant District of Columbia (the District), by and through undersigned counsel, hereby removes *Jannease Johnson v. District of Columbia, et al.*, Civil Action Number 2020 CA 003889 B, which was brought in the Superior Court of the District of Columbia against the District, Director Quincy Booth, and Deputy Director of Operations Wanda Patten (collectively, "Defendants"), to this

Court because the claims raised in the Complaint assert federal questions appropriate for resolution by this Court.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction. *See* 28 U.S.C. § 1441(a). Here, Plaintiff's complaint brings a claim under federal law. In Count II of the Complaint, Plaintiff asserts a First Amendment retaliation claim against Defendants under 42 U.S.C. § 1983. Because the claim asserted in Counts II arises under federal law, this Court has original jurisdiction under 28 U.S.C. § 1331. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Therefore, under 28 U.S.C. § 1441(a), the District may remove this action to this Court.

In addition, under 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's state law claims in Counts I and IV of the Complaint for alleged violations of the D.C. Whistleblower Retaliation Act and Count III for common law civil conspiracy. Here, the claims brought in Counts I, III, and IV form part of the same case or controversy as the § 1983 First Amendment retaliation claim in Count I. Accordingly, the Court may exercise supplemental jurisdiction over the state law claims. *See Busby v. Capital One, N.A.*, 759 F. Supp. 2d 81, 83-84 (D.D.C. 2011) ("Once a case has been removed, the district court has original jurisdiction over the plaintiff's claim under federal law, and may thus 'exercise supplemental jurisdiction over accompanying state law claims so long as those claims constitute other claims that form part of the same case or controversy.'") (quoting *City of Chicago v. Int'l College of Surgeons*, 522 U.S. 156, 164-65 (1997)) (ellipses and quotation marks omitted).

The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days after service of process upon the District, which occurred on September 14, 2020. Copies

of all pleadings and orders served upon the District in this matter, as well as papers filed in the Superior Court of the District of Columbia, are attached as Exhibit 1.  After this Notice is filed in the United States District Court for the District of Columbia, the District will file notice of this removal with the Clerk of the Court for the Superior Court of the District of Columbia and serve a copy on Plaintiff.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred, and where the Superior Court of the District of Columbia is located.  Defendants Quincy Booth and Wanda Patten have both been served, upon information and belief, on or about September 28, 2020, and consent to the removal of this action.

Accordingly, the District removes this action to this Court from the Superior Court of the District of Columbia, Civil Division.

Date:   October 14, 2020			Respectfully submitted,

							KARL A. RACINE
							Attorney General for the District of Columbia

							CHAD COPELAND
							Deputy Attorney General
							Civil Litigation Division

							*/s/ Christina Okereke*
							CHRISTINA OKEREKE [219272]
							Chief, Civil Litigation Division Section II

							/s/ *Katrina Seeman*
							KATRINA SEEMAN [1671729]
							Assistant Attorney General
							400 6th Street, N.W.
							Washington, D.C. 20001
							(202) 724-6607
							(202) 724-5917 (fax)
							katrina.seeman@dc.gov

*Counsel for Defendant District of Columbia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, I served a copy of the foregoing Notice of Removal and the exhibit attached thereto by email upon counsel for Plaintiff as follows:

J. Michael Hannon, Esq.
333 8th Street NE
Washington, DC 20002
(202) 232-1907
jhannon@hannonlawgroup.com
*Counsel for Plaintiff*

/s/ Katrina Seeman
KATRINA SEEMAN
Assistant Attorney General